

Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard, 14th Floor  |  McLean, VA  22102-4856  |  tel 703.770.7900  |  fax 703.770.7901

William P. Atkins
tel 703.770.7777
william.atkins@pillsburylaw.com

February 18, 2015

Daniel E. O'Toole
Circuit Executive & Clerk of Court
717 Madison Place, NW
Washington D.C.  20439

Re: *In re GEA Process Engineering, Inc., Misc. No.* ___, On Petition for Writ of Mandamus to the United States Patent and Trademark Office, Patent Trial and Appeal Board, In Case Nos. IPR2014-00041, IPR2014-00043, IPR2014-0051, IPR2014-00054, IPR2014-0055

Dear Mr. O'Toole:

I spoke with Sarah Jeffries this morning regarding this filing and particularly the appendices. For the Court's convenience, we reiterate footnote 1 from the Petition for Writ of Mandamus:

> The public and confidential records before the PTAB do not have the same pagination but both are cited properly throughout this brief. For example, a brief filed publicly with the PTAB will get a second certificate of service when a confidential version of that same brief is filed later with the PTAB. Therefore, the public and confidential appendices submitted with this filing differ in pagination as well as size. For convenience, GPNA provides parallel citations to both with the confidential record as "A__" and to the public record as "AP__."

If there are any questions or concerns please contact me at the number above or by email.

Respectfully,

*Wm. P. Atk.*

William P. Atkins

www.pillsburylaw.com                                                                                                   405078360v1